# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

138706

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JACK HARKNESS,
        Plaintiff-Appellant,

v

SC: 138706
COA: 288504
Kent CC: 07-006386-NM

GRIMM & KORNAK, TRACI M. KORNAK,
and STEVEN L. GRIMM,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the March 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J. (*not participating*). Justice Hathaway recuses herself and will not be participating in this case because she has a close personal friendship with a defendant. *See* MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

0720